UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number:  17-14266-CIV-MARTINEZ-MAYNARD

KURT ALLEN RAY,
    Plaintiff,

vs.

DR. KAREN ANN HILL,
    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Enforce Settlement Agreement, for Judgment against Plaintiff Kurt Allen Ray, and for Attorneys' Fees and Costs ("Defendant's Motion to Enforce"), [ECF No. 56].  Magistrate Judge Maynard filed a Report and Recommendation, [ECF No. 65], recommending that the motion be denied.  The Court has reviewed the entire record and notes that no objections have been filed.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation [ECF No. 65] is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that

1.    Defendant's Motion to Enforce, [ECF No. 56], is **DENIED.**

DONE AND ORDERED in Chambers at Miami, Florida, this <u>18th</u> day of November, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record